THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZIMECCA HENRY, Appellant. [895 NYS2d 754]

Concur—Mazzarelli, J.P., Andrias, Saxe, Catterson and Acosta, JJ.